PAUL J. FISHMAN
United States Attorney
DANIEL S. KIRSCHBAUM
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
(973) 645-2842
Daniel.Kirschbaum@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY | Hon. William J. Martini |
| v. | No. 11 Cr. 188 (WJM) |
| LEONARD McNAMARA | **Order of Dismissal** |

This matter having been brought to this Court by way of a Notice of Removal filed by the United States of America on March 29, 2011 pursuant to 28 U.S.C. § 1442; and it appearing that a criminal docket number was erroneously assigned to this matter, which involves petty disorderly offenses charges of offensive language under N.J.S.A. 2C:33-2b, filing a false report to law enforcement authorities, in violation of N.J.S.A. 2C:28-4(b)(1), and harassment under N.J.S.A. 2C:33-4; and for good cause shown,

It is on this 21st day of September, 2011 ORDERED that the above-captioned criminal matter be and hereby is DISMISSED; and it is further ORDERED that his case shall be TRANSFERRED to a Magistrate Judge's docket.

WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE